UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

        -v-

FREDERICK O'MEALLY,

        Defendant.

-----------------------------------------------------------x



No.  06CIV6483-LTS

## ORDER

In accordance with the Mandate of the United States Court of Appeals for the Second Circuit, filed on July 10, 2014, the Complaint in the above-captioned action is hereby dismissed.

SO ORDERED.

Dated: New York, New York
      July 14, 2014

                                    LAURA TAYLOR SWAIN
                                    United States District Judge